IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY D. VOGTNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:12-cv-0612-MEF |
| ) | |
| CACH, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Defendant Pentagroup Financial, LLC's Motion for an Extension of Time to Respond to Plaintiff's Complaint (Doc. #7) filed on August 1, 2012, it is hereby

ORDERED that the motion is GRANTED to and including August 27, 2012.

DONE this the 2nd day of August, 2012.

                                                            /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE